

ENTERED
01/11/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-35664-H1-7 |
| | § | |
| STANLEY CHARLES BALESON | § | |
| and JOANNA ANTHONY BALESON, | § | |
| Debtor | § | CHAPTER 7 |
| | § | |
| DITECH FINANCIAL LLC, | § | |
| Movant | § | HEARING DATE: 01/11/2019 |
| | § | |
| v. | § | TIME: 09:00 AM |
| | § | |
| STANLEY CHARLES BALESON | § | |
| and JOANNA ANTHONY | § | |
| BALESON; and RANDY W. | § | |
| WILLIAMS, Trustee | § | |
| Respondents | § | JUDGE MARVIN ISGUR |

**AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
(This Order resolves Docket #18)

DITECH FINANCIAL LLC ("Movant") filed a motion for relief from the automatic stay against

218 SE 14TH STREET TOWER
STE 107
MIAMI, FL 33131

UNIT NO. TS-107, THE EMERALD AT BRICKELL, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 24468, AT PAGE 2002, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA; TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS APPURTENANT THERETO.

(the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. If there is a co-debtor, the co-debtor failed to file a timely objection to the proposed relief.

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

The stay imposed by Bankruptcy Rule 4001 (a)(3) does not apply.

1-11-19

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

Agreed:

AGREED AND ENTRY REQUESTED:

*Thomas M. Root*
THOMAS M ROOT
TBA NO.: 17232600
S.D. TEX. BAR NO.: 29859
450 N. TEXAS AVE
STE A
WEBSTER, TX  77598
TELEPHONE: 281-332-4800
FAX: 281-332-4808
EMAIL: admin@gipsonandnorman.com
ATTORNEY FOR DEBTORS

[Document must be signed by Debtor(s) or by Debtor(s)' counsel or both. Electronic signatures may be submitted. Movant must retain copies of the original signatures.]

By submitting this Agreed Order, Movant's counsel certifies that counsel reviewed the docket sheet after the expiration of the deadline for responses and that no co-debtor has filed any opposition to the requested relief.