ENTERED
01/31/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STANLEY BALESON | § | CASE NO. 18-35664-H1-7 |
| JOANNA BALESON | § | Chapter 7 |
| | § | |
| DEBTOR. | § | |

ORDER GRANTING THE CHAPTER 7 TRUSTEE'S APPLICATION
AND AUTHORIZING AND APPROVING THE TRUSTEE'S
RETAINMENT OF BK GLOBAL REAL ESTATE SERVICES TO
LIST REAL PROPERTY FOR SALE

Came on for consideration, the *Application to Employ BK Global Real Estate Services Pursuant to 11 U.S.C. § 327 to List Real Property for Sale* (the "Application")[1] filed by Randy W. Williams, Chapter 7 Trustee (the "Trustee"), and after consideration of the Application and determining that it has merit, it is therefore,

ORDERED that the Application is GRANTED; it is further

ORDERED that the Trustee is authorized to employ BK Global Real Estate Services to list for public sale the real property located at 218 SE 14TH ST Unit TS107 MIAMI, FL 33131, legally described as follows:

> **Unit No. TS-107, the Emerald at Brickel, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 24468, at page 2002, of the Public Records of Miami-DadeCounty, Florida; together with an undivided interest in the common elements appurtenant thereto APN 01-4139-095-121**

(the "Real Property"); it is further

ORDERED that the Trustee is hereby AUTHORIZED to retain BK Global Real Estate Services in this case to provide the Services set forth in the Application and pursuant to the Listing Agreement attached as Exhibit A; it is further,

---

[1] All capitalized terms not defined herein, shall have the meaning ascribed in the Application.

ORDERED that the compensation arrangements set forth in the Listing Agreement and the Application, pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code are hereby APPROVED; and it is further

ORDERED that the Trustee is authorized to execute any and all documents necessary to carry out the intent of this Order.

Signed: January 31, 2019

_____
Marvin Isgur
United States Bankruptcy Judge